# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                  CASE NO. 3:02cr121LAC

JOSE QUIROZ

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   September 26, 2007

Motion/Pleadings:   MOTION TO TURN OVER FUNDS

Filed by   GOVERNMENT   on   9/5/2007   Doc.#  44

RESPONSES:

                                       on            Doc.#

                                       on            Doc.#

\_\_\_\_\_ Stipulated     \_\_\_\_\_ Joint Pldg.

\_\_\_\_\_ Unopposed     \_\_\_\_\_ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                  Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 27th day of September, 2007, that:*

*(a) The relief requested is **GRANTED**.*

*(b)*

*s/L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: \_\_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.