UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS                                             CASE NO.  3:02-CR-121-001/LAC

JOSE QUIROZ

## FINANCIAL REFERRAL AND ORDER

Regarding refund of funds for: _X_  Fine, __ Restitution, __ Filing Fee, __ Attorney Admission Fee, __ Copy Fee, __ Bond, __ Other (Specify) _____

By:        Jose Quiroz #16486-179    (Payee)
Address:   FCI - Beaumont Low
           PO Box 26020
           Beaumont, TX 77720

Receipt Number  B061008DFLN302CR000121

Date of Receipt   7/23/08

Motion: N/A

Explanation: Jose Quiroz's $100.00 special assessment was paid on 9/25/07.  The Clerk's office received $25.00 on the June 2008 Bureau of Prisons (BOP) reports. According to the court dockets and financial records, Mr. Quiroz does not owe any additional money.  Requesting authorization to refund the $25.00 overpayment and any other payments we may receive from the BOP for this case.  There may be a timing difference on the BOP stopping payments for this account

WILLIAM M. McCOOL, Clerk of Court

Prepared by:   _s/Philip Detweiler_
           Philip Detweiler, Financial Specialist          Date:  July 25, 2008

Referred by: Mary Maloy, Deputy Clerk

## ORDER OF COURT

It is ORDERED this 25th day of July, 2008, that the Clerk refund the identified funds to the payee.

APPROVED     X

DENIED _____                    _s/L.A. Collier_
                                           LACEY A. COLLIER
                                           SENIOR UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99